Mistee L. Elliott (Bar #6-3540)
Madeleine J. Lewis (Bar # 7-6291)
Crowley Fleck PLLP
101 W. Brundage
Sheridan, WY 82801
(307) 673-3000
melliott@crowleyfleck.com
mlewis@crowleyfleck.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GAJAN MAHENDIRAN and AMUDHA MAHENDIRAN, as individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> SUREN AJJARAPU, as TRUSTEE OF THE ANNAPURNA GUNDLAPALLI IRREVOCABLE TRUST 2010 and THE SANDHYA AJJARAPU IRREVOCABLE TRUST 2007, <br><br> Defendants. | Case No.: 21-CV-21-ABJ |

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
_____

Plaintiffs Gajan Mahendiran and Amudha Mahendiran and Defendant Suren Ajjarapu, as Trustee of the Annapurna Gundlapalli Irrevocable Trust 2010 and the Sandhya Ajjarapu Irrevocable Trust 2007 (collectively "the Parties"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of the above-captioned matter.

The Parties further stipulate that each party shall bear its own costs, expenses, and attorney fees.

| | |
|---|---|
| */s/ Mistee Elliott* | */s/ Paul Thanasides* |
| Mistee L. Elliott, # 6-3540 | Paul B. Thanasides, *Pro Hac Vice* |
| Madeleine J. Lewis, #7-6291 | McIntyre, Thanasides |
| Crowley Fleck PLLP | 500 E. Kennedy Blvd., Suite 200 |
| 101 West Brundage Street | Tampa, Florida 33602 |
| Sheridan, WY  82801 | (813) 223-0000 |
| (307) 673-3000 | paul@mcintyrefirm.com |
| melliott@crowleyfleck.com | |
| mlewis@crowleyfleck.com | and |
| | |
| *Counsel for Plaintiffs* | Kaylee A. Harmon |
| *Gajan Mahendiran and* | Aaron J. Lyttle |
| *Amudha Mahendiran* | Gregory C. Dyekman |
| | Long Reimer Winegar LLP |
| | P.O. Box 87 |
| | Cheyenne, WY 82003 |
| | kharmon@lrw-law.com |
| | alyttle@lrw-law.com |
| | gdyekman@lrw-law.com |
| | |
| | *Counsel for Suren Ajjarapu, as Trustee of the Annapurna Gundlapalli Irrevocable Trust 2010 and the Sandhya Ajjarapu Irrevocable Trust 2007* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9th, 2021, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

BY: _____
    CROWLEY FLECK PLLP