**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| GAJAN MAHENDIRAN and AMUDHA MAHENDIRAN, as individuals, | |
| Plaintiffs, | |
| vs. | Case No.: 21-CV-21-ABJ |
| SUREN AJJARAPU, as TRUSTEE OF THE ANNAPURNA GUNDLAPALLI IRREVOCABLE TRUST 2010 and THE SANDHYA AJJARAPU IRREVOCABLE TRUST 2007, | |
| Defendants. | |

___

**ORDER DISMISSING CASE WITHOUT PREJUDICE**
___

This matter came before the Court upon the parties' *Joint Stipulation of Dismissal Without Prejudice* ("Joint Stipulation"), filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Having reviewed the Joint Stipulation, the Court finds the above-captioned matter should be and is hereby dismissed without prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

_____
Honorable Alan B. Johnson
District Court Judge